writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick T. Harward* for petitioners. *Mr. Oscar C. Hull* for respondent.

No. 233. JAMES B. BERRY SONS' CO. *v.* NEW YORK CENTRAL RAILROAD CO., LESSEE. October 14, 1940. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. John L. Nesbit* for petitioner. *Mr. John J. Danhof* for respondent.

No. 238. STOODY COMPANY *v.* CARLTON METALS, INC. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Fred H. Miller* for petitioner.

No. 239. KRAFT *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frank M. Avery* for petitioner. *Assistant Attorney General Clark* and *Messrs. N. A. Townsend, Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 247. SAFWAY STEEL SCAFFOLDS CO. *v.* PATENT SCAFFOLDING CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. S. L. Wheeler* and *Max W. Zabel* for petitioner. *Messrs. C. P. Goepel* and *George I. Haight* for respondents.